```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 33444
    ERIC WHITE
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2987


---------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
    The case was filed on 08/23/2005 and was confirmed 10/12/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  62.32% from remaining funds.

    The case was paid in full 11/10/2008.
---------------------------------------------------------------------
                                                      INTEREST      PRINCIPAL
CREDITOR NAME            CLASS           CLAIM AMOUNT   PAID          PAID
---------------------------------------------------------------------
BEN FRANKLIN MOTORS      SECURED NOT I        .00         .00           .00
LANDMARK ACCEPTANCE      SECURED NOT I    6810.30         .00           .00
AMERICA ONLINE           UNSECURED       NOT FILED        .00           .00
CREDIT COLLECTION SERVIC NOTICE ONLY     NOT FILED        .00           .00
VAN RU INTERNATIONAL INC NOTICE ONLY     NOT FILED        .00           .00
CREDIT PROTECTION ASSOCI NOTICE ONLY     NOT FILED        .00           .00
COMCAST                  UNSECURED       NOT FILED        .00           .00
INGALLS HOSPITAL         UNSECURED       NOT FILED        .00           .00
INOVISION                UNSECURED       NOT FILED        .00           .00
MCI                      UNSECURED       NOT FILED        .00           .00
PARK DANSAN              NOTICE ONLY     NOT FILED        .00           .00
AMERICAS FINANCIAL CHOIC UNSECURED          538.39        .00        334.96
RIVERSIDE AUTO SALES     UNSECURED       NOT FILED        .00           .00
LOAN MACHINE             UNSECURED       NOT FILED        .00           .00
CITY OF CHICAGO PARKING  UNSECURED         1520.00        .00        947.83
BEN FRANKLIN MOTORS      UNSECURED         2225.50        .00       1386.91
TIMOTHY K LIOU           DEBTOR ATTY      2,529.20                  2,529.20
TOM VAUGHN               TRUSTEE                                      345.11
DEBTOR REFUND            REFUND                                       142.81

    Summary of Receipts and Disbursements:
---------------------------------------------------------------------
                     RECEIPTS         DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE              5,686.82

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                2,669.70
ADMINISTRATIVE                           2,529.20
TRUSTEE COMPENSATION                       345.11
DEBTOR REFUND                              142.81

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 33444 ERIC WHITE
```

```
                              ---------------    ---------------
TOTALS                            5,686.82          5,686.82
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 02/26/09               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```